UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICK MADDEN, <br>     Plaintiff, <br><br> vs. <br><br> ROLLS-ROYCE CORPORATION, <br> ROLLS-ROYCE DEFENSE SERVICES, INC., <br> VOLT INFORMATION SCIENCES, INC., <br> DATA SYSTEMS & SOLUTIONS, LLC, and <br> CDI CORPORATION, <br>     Defendants. | 1:06-cv-0584-LJM-WTL |

## ENTRY OF JUDGMENT

Through an order dated March 18, 2008, this Court granted summary judgment in favor of defendants, Rolls-Royce Corporation, Rolls-Royce Defense Services, Inc., Volt Information Sciences, Inc., Data Systems & Solutions, LLC, and CDI Corporation, and against plaintiff, Rick Madden on plaintiff's claim under the Uniformed Services Employment and Reemployment Rights Act. Plaintiff shall take nothing by way of his complaint. Each party to bear its own costs. Judgment is entered accordingly.

DATED this 18th day of March, 2008.

                                                                          LARRY J. McKINNEY, JUDGE
                                                                          United States District Court
                                                                          Southern District of Indiana

_____
LAURA A. BRIGGS, CLERK
United States District Court
Southern District of Indiana

By: _____ .
       Deputy Clerk, U.S. District Court

Distribution attached.

Electronically distributed to:

William L. O'Connor
DANN PECAR NEWMAN & KLEIMAN
woconnor@dannpecar.com

Mark Richard Waterfill
DANN PECAR NEWMAN & KLEIMAN
mwaterfill@dannpecar.com

Todd J. Kaiser
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
todd.kaiser@odnss.com

Brian L. McDermott
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
brian.mcdermott@odnss.com

Tracy Ann Miller
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
tracy.miller@ogletreedeakins.com

Brandon M. Shelton
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
brandon.shelton@ogletreedeakins.com